
**Christian Care Communities**

Form 10.4.1
Issued: 06/96
Last Revised: 02/20
Page 1 of 2

## DISCIPLINE RECORD

### Employee Profile

Name: Summer Biggers    Department: HR    Title: HR Manager

### SECTION A - OVERVIEW OF ACTIVITY

**Description of Offense:**    Date: 4/14/25    Time: 2PM CST    Place: Hop- Health Center

(Also attach a copy of the policy the employee has violated and/or include the dates the employee was informed that the described behavior is unacceptable.)

Employee Handbook 9.3- Dishonesty and Employee Conduct p.32
Employee Handbook- 9.3 Prohibited Activites- Unsatisfactry Work Performance p.34

**Investigation:** Log the activities taken to verify the need for corrective action.

During the week of 4/14/25, incident of dishonest behavior with leadership.
See attachment:
Multiple examples of mishandling employee situations that have created hardships for employees

**Employee Explanation:**

**Recommendation:**
☐ Next Step
☒ Skip Step
☐ Termination

*Depending upon the nature of the offense, you may want to suspend the employee while completing the investigation &review with your manager and/or Exec Director*

**Comments:** Include any other information to support your recommendation.

Summer needs to complete taks as assigned and outlined in the HRM job description. She also must be honest with leadership at all times, unless a compliance issue would arise. Further incidents of lying or unsatisfactory work will lead to continued discplince, up to termination.

Signature of Supervisor: /s/    Date: 4/22/25

Next in Chain of Command: _____    Date: _____

### SECTION B - PREVIOUS RECORDS

Previous records: List any other discipline or suspension records the employee has received in the twelve (12) months prior to the date of this record, whether or not for similar offenses. Form is then sent to Exec Director for review and assignment of level of discipline.

Employee's Date of Hire: 08/05/2024

| Type of Prior Record | Date of Prior Record |
|---|---|
| 1.) | |
| 2.) | |
| 3.) | |
| 4.) | |
| 5.) | |

HR Initials: _____
Date: _____

### SECTION C - ACTION TAKEN

I (☒ agree) or (☐ disagree) with the recommendation. Resulting action is:

☐ Initial Warning    ☐ Written Warning    ☒ Final Written Warning    ☐ Termination

*Please contact PSC HR for consultation*

Signature: /s/    Date: 4/22/25

Note: Route back to employee's supervisor.

Page 1 of 2

## SECTION D - PLAN FOR FUTURE

**Consequences:** Christian Care expects employees to perform their assigned duties at or above satisfactory levels; to follow accepted standards of workplace behavior; and to comply with all applicable laws, rules, and regulations. The purpose of disciplinary action is to correct problem situations, provide an atmosphere in which the employee can learn from past mistakes, and minimize the employee's loss of dignity and self-esteem. Christian Care does not take disciplinary action with the intent to punish. However, future offenses, whether or not of a similar nature, may advance the employee forward in Christian Care's progressive disciplinary process.

**Plan for Correction:** in response to ☐ Initial Warning, ☐ Written Warning, or ☐ Final Written Warning

All action plans must follow the **SMART** format

**S** pecific = plan must provide enough detail that achievement of the plan will be obvious
**M** easurable = achievement of the plan will result in some measurable evidence of completion
**A** cceptable = plan should be developed with input from both supervisor and employee
**R** ealistic = the evidence of completion must be achievable in the given time frame
**T** ime frame = when should plan be complete? Are there any milestones? Will employee need time away from duties to complete the plan?

It is the very nature of Human resources to be in alignment with the Executive Director and not doing so puts the organization at risk.
Professional and honest behavior is the expectation of the HR manager role.

## SECTION E - ACKNOWLEDGEMENT

**Employee:**
I have read and reviewed this completed Discipline Record.
All items have been discussed fully with me. I understand and agree to the Plan of Correction.
I understand that I have the right to appeal to the next management level (refer to Employee Handbook and HR).

_Employee Signature_       4/22/2025   _Date_

**Supervisor:**
I have discussed all items reviewed on this form with the named employee and have allowed adequate opportunity for discussion and feedback from the employee.

_Supervisor Signature_       4/22/25   _Date_

Luanne Tatum       ED
_Supervisor Name (printed)_       _Supervisor Title_

## SECTION F - FOLLOW UP

**Employee's Progress:**

_Employee Signature_       _Date_

_Supervisor Signature_       _Date_

4-21-25

SB

**Dishonesty. Employee Conduct, 9.3- page 32 Employee Handbook**

It is of utmost importance to have honest, trusting working relationships, particularly in the context of Human Resources Manager & Executive Director. Trust between the two parties is vital to ensure mission fulfillment, workplace integrity and imperative to ensure we are collaboratively making fair decisions for the overall operations of the health Center. The Human Resources Manager serves as a trusted team member to the ED and is expected to personify outstanding customer service to co-workers, clients and vendors by acting as a subject matter resource in a timely, considerate and friendly manner, always maintaining the "Golden Rule" approach- to practice patience and kindness *(per HRM hob description- essential functions and duties).*

During the week of 4/14/25, pieces of information arose regarding an employee situation. This led to an ongoing investigation which included vital, confidential information. It became apparent that Summer was aware of confidential information and/or had suspicions of fellow employees that she was not directly sharing with the ED. Even when questioned, Summer was not immediately forthright until she realized the ED had all of the facts. She was choosing to keep said information to herself; thus, compromising the facility investigation and creating opportunities for risk. It is vital that the HRM always be honest and forthright with the ED. It is the very nature of Human resources to be in alignment with the Executive Director and not doing so puts the organization at risk.

**Unsatisfactory Work performance. Handbook- Prohibited activities, page 34**

There have been multiple examples of mishandling employee situations that have created hardships for employees or compromising situations.

The first example involved an employee being rehired and needing information/help with benefit enrollment. Said employee asked the HRM, Summer, for assistance on multiple occasions. Summer did not get back to the employee timely; thus, ultimately resulting in the employee not enrolling in benefits and having to wait until the next year. This employee felt as if the HRM didn't prioritize or care about her situation. However, when another issue arose with this same employee, involving her having the wrong access, Summer immediately took said access away on the same day. This interaction left the employee feeling as if the HR department cared about the "small things" more than the things the

intimately effected the employees. This did not leave a good impression and goes against the HRM's duty to personify outstanding customer service to co-workers in a timely, considerate and friendly manner, always maintaining the "Golden Rule" approach, practices patience and kindness.

Secondly, Summer asked the ED if she could accept a resignation effective immediately for a CNA. The answer was no, and Summer agreed after learning we would have to do a pay out; however, the employee gave notice and was taken off the schedule prior to her notice fulfillment date. This employee came to the facility asking why she was taken off the schedule prematurely. When the ED asked Summer about this, she stated, "the system must have kicked her out when the PAF was inputted." This is not able to occur in our system. The employee should have been given the opportunity to work out her notice, regardless of her personal issues with the HR department.

Lastly, a PRN employee was prematurely taken off the schedule when she gave notice. This employee wanted to work out her notice and still pick up dates, potentially even working or PRN ongoing; however, she was taken off the schedule or not asked to work. When questioned, Summer said she "gave a written notice"…and thus was taken off the schedule being that she was PRN…it was later determined that this employee did not give a written notice. She was just taken off the schedule per Summer's discretion.

Finally, regarding job duties, and work performance, Summer needs to ensure she includes the ED and DON, at a minimum in decisions that effect the facility. Please review the HRM job description and make sure to involve applicable parties, particularly when making operational decisions. For example, staffing, hiring and disciplinary decisions should always involved the ED. Summer should not take it upon herself to make such decisions on her own without input.

*In all cases, the policy was not followed. We must treat employees fairly and consistently per policy and procedure and all outlying situations must have prior approval from the ED. Personal opinions about employees can have nothing to do with how they are treated from an employment or HR perspective and honesty and integrity must be always utilized.

*Summer must immediately exhibit honest, ethical work practices. It is expected the relationship between the HRM and ED is honest and forthcoming when it comes to discussions about employees and all employee situations. Trust is paramount, particularly is the HRM. There can be no further incidents of dishonesty relating to employee situations between the HRM and ED. Additional, Summer must develop positive working relationships with all employees, not taking personal opinions or thoughts into account when making decisions. The handbook and policies must be followed and consistent with

all employees. An effort must be made to create positive working relationships with all employees; to include: trust, respect and an open door policy. Employees need to tangibly feel that the HR department is a safe and welcoming place to come for information, to get questions answered and to receive help on a variety of topics. Employees should never feel unwelcome or as if they are "bothering" the HR staff.