I am writing to provide clarification regarding the removal of Cheryl Hollis's schedule.

This action was not taken by Summer in any manner. Summer had been advised by the Executive Director that there was to be no immediate termination, and I fully adhered to that directive.

However, when Cheryl informed me of her intention to leave the company, I proceeded to remove her schedule template in order to proactively plan for potential future staffing gaps. The selection of a backdate was completely unintentional and occurred by mistake. I was unaware of the error until it was brought to my attention, at which point I promptly corrected it.

I sincerely apologize for any confusion or issues this may have caused. I want to make it explicitly clear that the responsibility for this action lies with me, not with Summer. If accountability is needed, I respectfully ask that it be placed with me.

Thank you for your understanding.

Respectively,

Michaela Riley